James H. KNOWLES and Gretchen R. Knowles, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 15543.

United States Court of Appeals Third Circuit.

Argued Feb. 7, 1966.

Decided Feb. 16, 1966.

John E. Laughlin, Jr., Pittsburgh, Pa. (William W. Scott, Jr., Thorp, Reed & Armstrong, Pittsburgh, Pa., on the brief), for petitioners on review.

Carolyn Just, U. S. Department of Justice, Tax Division, Washington, D. C. (Richard M. Roberts, Acting Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

There is substantial evidence on the whole case which supports the Tax Court findings of a value of at least $285 a share on September 23, 1954 for the CHD stock involved and that said stock was transferred to petitioner, James H. Knowles, as compensation for services. We are satisfied that the Tax Court did not err with respect to the Commissioner's burden of proof and in holding that the deficiency asserted against the petitioners for the year 1954 is not barred by the statute of limitations on assessment.

The decision of the Tax Court will be affirmed.

ESTATE of Edwin H. JOHNSON, Deceased, Harriet Blu Johnson, Executrix, and Harriet Blu Johnson, Petitioners

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 16264.

United States Court of Appeals Sixth Circuit.

Dec. 27, 1965.

Errett L. Carpenter, Columbus, Ohio, for petitioners.

Carolyn R. Just, Dept. of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., on brief, for respondent.

Before CELEBREZZE, Circuit Judge, McALLISTER, Senior Circuit Judge, and KENT, District Judge.*

ORDER.

The above cause coming on to be heard on the briefs, record, and arguments of the parties, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the decision of the Tax Court be and is hereby affirmed for the reasons set forth in the opinion of Judge Scott, reported in 42 T.C. 441.

* Honorable W. Wallace Kent, Chief Judge, United States District Court for the Western District of Michigan, sitting by designation.